MAE DIAMOND, as a Director and Stockholder of Jarold Shops, Inc., Suing on Behalf of Herself and the Right of Said Corporation, Appellant, *v.* EVELYN DIAMOND et al., Respondents.

IRVING GERBER, Appellant, *v.* JAROLD SHOPS, INC., Respondent.

Submitted October 5 and 13, 1953; decided October 16, 1953.

*Jay Leo Rothschild* for motions.

*Jacob W. Friedman* opposed.

Motions denied.